RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Oscar Ramos, <br><br> Plaintiff, <br><br> Vs. <br><br> Bubba Gump Shrimp Co. Restaurants, Inc., et al., <br><br> Defendants. | Case Number 25-5964 KAW <br><br> NOTICE OF CONDITIONAL SETTLEMENT |

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Plaintiff Oscar Ramos, and defendant Bubba Gump Shrimp Co. Restaurants, Inc. have agreed to conditionally settle this action in its entirety as to all causes of action and as against all defendants. A form of written settlement agreement has been executed. Plaintiff expects that the terms will be fulfilled within 30 days. Once the terms are fulfilled, Plaintiff will promptly file a Notice of Dismissal as to all defendants.


/s/ Richard A. Mac Bride

Richard A. Mac Bride, Attorney for Plaintiff

Date: August 11, 2025

Notice of Conditional Settlement

-1-